IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BOBBY H. SMITH                                                                                             PLAINTIFF

v.                                            CIVIL ACTION NO. 1:21-cv-00147-SA-DAS

BANKERS LIFE AND CASUALTY COMPANY                      DEFENDANT

### ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on September 29, 2021. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 29th day of September, 2021.

                                                                           /s/ Sharion Aycock
                                                                           UNITED STATES DISTRICT JUDGE